AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND SHAVER

**APPEARANCE**

Case Number: 04m 602 KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States of America

I certify that I am admitted to practice in this court.

1/13/04
Date

Signature

TODD E. NEWHOUSE                             544457
Print Name                                    Bar Number

1550 Main Street, #310
Address

Springfield, MA 01103
City                State              Zip Code

(413) 785-0235                      (413) 785-0394
Phone Number                         Fax Number