AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

__Raymond Shaver__
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: __04-m 602__

Upon motion of the _____, it is ORDERED that a detention hearing is set for __1-15-04__ * at __3:30 pm__
                                                              Date                        Time

before __MAGISTRATE JUDGE KENNETH NEIMAN__
       Name of Judicial Officer

__SPRINGFIELD, MA__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                                                                                           Other Custodial Official

Date: __1/13/04__                                    __[signature]__
                                                     Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.