UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mg. No. 04M602-KPN |
| ) | |
| RAYMOND SHAVER, ) | |
| ) | |
| Defendant. ) | |

MOTION TO UNSEAL COMPLAINT

Now comes the United States of America by and through its undersigned attorneys and moves this Honorable Court to unseal the above-captioned complaint because the defendant has been arrested and therefore no further purpose is served by the continued sealing of said indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney

Date: 1/14/04