UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-30001-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| v. ) | |
| ) | |
| RAYMOND SHAVER, ) | |
| Defendant. ) | |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant RAYMOND SHAVER to increase the punishment that may be imposed by this Court upon defendant RAYMOND SHAVER'S conviction for the drug offenses alleged in Counts One through Five of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding RAYMOND SHAVER are the following:
1) a felony conviction of guilty for Possession of a Controlled Substance with Intent to Distribute; Docket Number 981305, entered on July 20, 1999, in Hampden County Superior Court, Springfield, Massachusetts;

2)   felony convictions of guilty for Distribution of a Controlled Substance, Second Offense, and Distribution of a Controlled Substance in a School Zone; Docket Numbers 921545 and 921546, entered on October 27, 1992, in Hampden County Superior Court, Springfield, Massachusetts;

3) a felony conviction of guilty for Possession of a Controlled Substance with Intent to Distribute; Docket Number 904, entered on February 27, 1990, in Hampden County Superior Court, Springfield, Massachusetts;

4)   a felony conviction of guilty for Distribution of a Class B Controlled Substance, Cocaine; Docket Number 8923CR0410, entered on January 24, 1989, in Springfield District Court, Springfield, Massachusetts;

5)   a felony conviction of guilty for Distribution of a Class B Controlled Substance, Cocaine; Docket Number 8823CR7054, entered on January 24, 1989, in Springfield District Court, Springfield, Massachusetts;

6)   a felony conviction of guilty for Possession of a Class B Controlled Substance, Cocaine, with the Intent to Distribute; Docket Number 8823CR6158A, entered on January 24, 1989, in Springfield District Court, Springfield, Massachusetts;

7)   a felony conviction of guilty for Possession of a Class B Controlled Substance, Cocaine; Docket Number 8823CR3535A, entered on December 29, 1988, in Springfield District Court, Springfield,

Massachusetts; and

8) a felony conviction of guilty for Possession with Intent to Distribute a Class B Controlled Substance, Cocaine; Docket Number 8823CR2957, entered on January 24, 1989, in Springfield District Court, Springfield, Massachusetts.

Certified copies of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 14th day of January, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                January 14, 2004

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant United States Attorney