AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    RAYMOND SHAVER

_1/15/04_
Date

Signature: [signed]

Print Name: Jeffrey S. Brown

Address: 393 Main St. PO Box 595

City: Greenfield   State: MA   Zip Code: 01302

Phone Number: 413-772-8600