UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30001-MAP |
| | ) | |
| | ) | |
| RAYMOND SHAVER, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
January 15, 2004

NEIMAN, U.S.M.J.

Raymond Shaver ("Defendant"), having been arraigned before the court this day

and having elected to proceed under the automatic discovery rules, IT IS HEREBY

ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.5 that further

proceedings shall be governed as follows:

1.    The Government shall produce, on or before January 29, 2004, those

materials required to be produced under LR 116.1(C).

2.    Defendant shall produce, on or before February 12, 2004, those materials

required to be produced under LR 116.1(D).

3.    Any discovery request letters shall be sent and filed by February 26, 2004.

See LR 116.3(A) and (H).

4.    Any responses to discovery request letters shall be sent and filed within

fourteen days of receipt of the discovery request letter(s) referred to in

Paragraph 3 above or on or before March 11, 2004, whichever date shall

first occur.  See LR 116.3(A).

5.      Consistent with the provisions of LR 116.3(E) through (H), any and all

discovery motions shall be filed on or before fourteen days after the receipt

of the opposing party's declination to provide the requested discovery *or*

fourteen days after the opposing party has received the discovery request

letter and has failed to respond thereto, *whichever date shall first occur.*

*See* LR 116.3(E) through (H).

6.      Consistent with the provisions of Paragraph 5 above, a response  to any

motion shall be filed on or before fourteen days after the motion has been

filed.  *See* LR 116.3(I).

7.      An Initial Status Conference in accordance with LR 116.5 will be held at the

parties' request on February 26, 2004, at 2:30 p.m. in Courtroom III.[1]

8.      A joint memorandum addressing those items set forth in Local Rule

116.5(A)(1) through (7) shall be filed on or before the close of business,

February 24, 2004.

DATED: January 15, 2004

> /s/ Kenneth P. Neiman
> KENNETH P. NEIMAN
> U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).