UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )   Criminal No. 04-30001-MAP
                            )
                            )
        v.                  )
                            )
RAYMOND SHAVER,             )
        Defendant.          )

### MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Jeffrey S. Brown, Esq., counsel for defendant Shaver, on February 24, 2004.

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

3. The parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The defendant does not intend to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the defendant and there has been no response by the defendant.

6. The defendant has not filed but does intend to file, a motion to sever, dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R.

Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a Status Conference.

8. The parties are currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from initial appearance, January 13, 2004 through February 10, 2004 is excludable under Local Rule 112.2(A)(2). There were no motions or discovery letters filed.

Therefore, as of the day of the Status Conference on February 26, 2004, 15 days have run and 55 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before April 21, 2004.

10. In the event that a trial is necessary the trial will last approximately 10 days.

11. A date convenient with the Court should be established for the Pretrial Conference.

Filed this 24th day of February, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
TODD E. NEWHOUSE
Assistant United States Attorney

2

On behalf of defendant Shaver:

_____
JEFFREY S. BROWN, ESQ.
Counsel for defendant Shaver

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       February 24, 2004

   I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney