UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30001-MAP |
| | ) | |
| RAYMOND SHAVER, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
February 26, 2004

NEIMAN, U.S.M.J.

The court converted the initial status conference this day to a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. An initial pretrial conference has been scheduled for March 25, 2004, at 3:00 p.m. in Courtroom II. Defendant will report to the court at that time whether he wishes to pursue any dispositive motions. If a trial is necessary, the parties estimate that it will take ten days.

2. The parties report that all discovery has been completed and that Defendant does not intend to raise a defense of insanity or public authority.

3. The parties further report and the court finds that, as of today, fifteen days have run on the Speedy Trial clock. An Order of Excludable Delay will issue.

    4.    There are no other matters relevant to the progress or resolution of the case.

DATED: February 26, 2004

                                                                                                <u>/s/ Kenneth P. Neiman</u>
                                                                                KENNETH P. NEIMAN
                                                                                 U.S. Magistrate Judge