UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL NO. 04-30001-MAP |
| | ) |
| RAYMOND SHAVER | ) |
| | ) |

### MOTION TO CONTINUE STATUS CONFERENCE

NOW COMES the defendant, Raymond Shaver, by and through counsel, and moves to continue the status conference scheduled for March 25, 2004 at 3:00 pm.

As reasons therefore the undersigned states that he appeared before the Franklin County Probate and Family Court this morning at 9:00 am for an evidentiary hearing in a divorce action and the hearing was continued until 2:00 pm this afternoon by the Court. Defense counsel will be unable to appear in the Untied States District Court due to his appearance being required in the Franklin County Probate and Family Court starting at 2:00 pm today.

DATED: March 25, 2004

*Motion Allowed by Court*
*Conference reset to*
*4-8-04 at 2:00 pm*
*Ponsor USDJ*
*By Elizabeth French Dep Clk*
*3-25-04*

The defendant,

RAYMOND SHAVER

By /s/ Jeffrey S. Brown
JEFFREY S. BROWN
MacNICOL, TOMBS & BROWN, LLP
393 Main Street, P.O. Box 985
Greenfield, MA 01302
413-772-8600
BBO# 558787

### AFFIDAVIT OF JEFFREY S. BROWN

I, Jeffrey S. Brown, hereby swear and affirm that the information in the foregoing motion to continue is true.

Signed under the pains and penalties of perjury this 25th day of March, 2004.

/s/ Jeffrey S. Brown
JEFFREY S. BROWN

## CERTIFICATE OF SERVICE

I, Jeffrey S. Brown, hereby certify that I served a copy of the foregoing motion on Assistant United States Attorney Todd E. Newhouse by delivering a copy of the same by facsimile on this 25th day of March, 2004.

_____
JEFFREY S. BROWN