```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )   Criminal No. 04-30001-MAP
                            )
        v.                  )
                            )
RAYMOND SHAVER,             )
        Defendant.          )
```

## GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from February 26, 2004 through April 8, 2004 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the February 26, 2004 Final Status Conference the defendant requested time within which to review discovery prior to a Pretrial Conference before Judge Ponsor in order that the defendant could decide whether he would go to trial of enter a change of plea. A pretrial Conference was scheduled for March 25, 2004. On that date counsel for the defendant moved for a continuance because he was in state court. This Court continued the Pretrial Conference to April 8, 2004. The exclusion of this time from the Speedy Trial time period is in the interests of justice.

Therefore, the government moves that the Court exclude the time between February 26, 2004 and April 8, 2004 from the

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney

By:

*[signature]*
TODD E. NEWHOUSE
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       March 26, 2004

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

*[signature]*
TODD E. NEWHOUSE
Assistant U.S. Attorney

2