

U.S. Department of Justice

FILED
CLERK'S OFFICE

2004 APR -6  P 4: 17

United States Attorney
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

April 6, 2004

Jeffrey S. Brown, Esq.
393 Main Street
Greenfield, MA 01302

    Re:  <u>United States v. Raymond Shaver</u>
         Criminal No. 04-30001-MAP

Dear Attorney Brown:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C)(1)(e) and Fed. R. Crim. P. 16(a)(1), I am providing you with the electronic surveillance documents regarding the state court authorized electronic surveillance which was authorized on December 29, 2003.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                 Very truly yours,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                By:

                                 TODD E. NEWHOUSE
cc: Bethany Healy,                  Assistant U.S. Attorney
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);