UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 04-CR-30001-MAP |
| | ) |
| RAYMOND SHAVER | ) |

SCHEDULING ORDER

April 9, 2004

PONSOR, D.J.

This matter was set for a status conference on April 8, 2004. At that time, counsel for the government appeared, but counsel for the defendant did not appear, apparently because he received no notice. Following discussions with counsel for the government, the court orders as follows:

1. Defendant's motion to suppress or dismiss will be filed on or before May 7, 2004.

2. The government may file its opposition to this motion no later than May 21, 2004.

3. The court will hearing argument on the motion (without taking evidence) and will conduct a status conference on June 7, 2004 at 2:00 p.m.

4. Because counsel for the defendant was unable to appear at the April 8 status conference, counsel may, as an alternative to complying with the schedule set forth above, file a motion requesting an extension of the schedule, or a motion for a status conference to reconsider the schedule. Unless such a motion is filed, however, the court will expect any dispositive motions in this case to be filed by May 7, 2004.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge