⬥AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Case Number: CR04 - 30001 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for RAYMOND V. SHAVER

I certify that I am admitted to practice in this court.

April 16, 2004
Date

Signature

JOHNATHAN F. ELLIOTT, Sr.    542123
Print Name                    Bar Number

1242 Main Street, Suite 301
Address

Springfield    MA    01103
City           State  Zip Code

(413) 781-7877    (413) 781-7877
Phone Number      Fax Number