UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-30001-MAP |
| ) | |
| RAYMOND SHAVER, ) | |
| Defendant ) | |

INTERIM STATUS REPORT
April 22, 2004

NEIMAN, U.S.M.J.

The court held a status conference this day by reference from the clerk's office in light of Defendant's recent change of counsel. The court reports as follows:

1. By agreement of the parties, Defendant will not now be required to file dispositive motions in accord with the April 9, 2004 scheduling order. The pretrial conference slated for June 7, 2004 at 2:00 p.m. in Courtroom II is hereby cancelled. Instead, a status conference will be held that date at 1:30 p.m. in Courtroom III.

2. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge