# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 04-30001-MAP |
| ) | |
| RAYMOND SHAVER ) | |

## MOTION TO WITHDRAW

NOW COMES Jeffrey S. Brown and moves to withdraw as counsel for the defendant. As reasons therefore counsel states that he has received notice that the defendant has retained counsel who has appeared in this matter.

DATED: May 19, 2004

The defendant,

RAYMOND SHAVER

By _____
JEFFREY S. BROWN
MacNICOL, TOMBS & BROWN, LLP
393 Main Street, P.O. Box 985
Greenfield, MA 01302
413-772-8600
BBO# 558787

## AFFIDAVIT OF JEFFREY S. BROWN

I, Jeffrey S. Brown, hereby swear and affirm that the information in the foregoing motion to continue is true.

Signed under the pains and penalties of perjury this 19th day of May, 2004.

_____
JEFFREY S. BROWN

## CERTIFICATE OF SERVICE

I, Jeffrey S. Brown, hereby certify that I served a copy of the foregoing motion on Assistant United States Attorney Todd E. Newhouse by facsimile on this 19th day of May, 2004.

JEFFREY S. BROWN