AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| RAYMOND SHAVER | CASE NUMBER: 04-30001-MAP |

TYPE OF CASE:

    G    CIVIL       ☒ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | June 7, 2004 at 1:30 p.m. | **June 16, 2004 at 1:30 p.m.** |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| June 9, 2004 | /s/ Bethaney A. Healy |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     All counsel of record

Case 3:04-cr-30001-MAP    Document 27    Filed 06/09/2004    Page 2 of 2