UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal Action No. 04-30001-MAP |
| ) | |
| RAYMOND SHAVER, ) | |
| Defendant ) | |

ORDER
June 21, 2004

NEIMAN, U.S.M.J.

Pursuant to the court's Interim Status Report, dated April 22, 2004, counsel was scheduled to appear for a status conference on June 7, 2004. The court rescheduled that matter to June 16, 2004, at 1:30 p.m. On June 16, 2004, the clerk's office received a telephone call from Attorney Johnathan Elliot, counsel for Defendant, indicating he would be unable to attend the conference. The clerk's office left several telephone messages for Defendant's counsel, instructing counsel to contact the court in order to reschedule this matter. To date, the clerk's office has had no direct contact with Attorney Elliott.

Counsel are hereby ORDERED to appear before the court on June 22, 2004, at 1:30 p.m., for a status conference.

SO ORDERED.

     /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. MAGISTRATE JUDGE