UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                          )<br>)<br>)<br>RAYMOND SHAVER,                  )<br>                    Defendant    ) | Criminal Action No. 04-30001-MAP |

REVISED FINAL STATUS REPORT
June 22, 2004

NEIMAN, U.S.M.J.

In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. A pretrial conference has been scheduled for June 29, 2004, at 3:30 p.m. in Courtroom II. The parties will report to the court at that time whether Defendant wishes to pursue a motion to suppress. If a trial is necessary, the parties estimate that it will take ten days.

2. The parties report that all discovery has been completed and that Defendant does not intend to raise a defense of insanity or public authority.

3. The parties further report and the court finds that, as of June 29, 2004, fifteen days will have run on the Speedy Trial Clock. Defendant and the Government agree, as does the court, that the time from April 8, 2004 through June 29, 2004, should be excluded from the Speedy Trial Clock. An Order of Excludable Delay will issue.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge