UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)   Criminal No. 04-30001-MAP
)
v. )
)
)
RAYMOND SHAVER, )
    Defendant. )

## GOVERNMENT'S SECOND MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from April 8, 2004 through September 3, 2004 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the February 26, 2004 Final Status Conference the defendant requested time within which to review discovery prior to a Pretrial Conference before Judge Ponsor in order that the defendant could decide whether he would go to trial of enter a change of plea. A Pretrial Conference was scheduled for March 25, 2004. On that date counsel for the defendant moved for a continuance because he was in state court. This Court continued the Pretrial Conference to April 8, 2004. Counsel for the defendant did not attend the Pretrial Conference because of a scheduling mistake. The Court established a schedule for filing suppression motions and scheduled a non-evidentiary hearing on the motions for June 7, 2004.

1

Attorney Jonathan Elliott, Sr. filed an appearance in the case in April and Attorney Jeffrey S. Brown withdrew from the case. The Court referred the case back to Magistrate Judge Neiman who held a Status Conference on April 22, 2004. Attorney Elliott requested time within which to obtain and review discovery and the Court scheduled another Status Conference for June 7, 2004. At defense counsel's request the Status Conference was rescheduled several times and was held on June 22, 2004. At the Status Conference the parties informed the Magistrate Judge that discovery was completed and requested a date for a Pretrial Conference which was scheduled for June 29, 2004.

At the June 29, 2004 Pretrial Conference defense counsel requested time within which to file suppression motions. The Court established a schedule which required the defendant to file motions by July 30, 2004, the government to respond by August 27, 2004 and scheduled a hearing on the motions for September 3, 2004.

Therefore, the government moves that the Court exclude the time between April 8, 2004 and September 3, 2004 from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A). The exclusion of this time from the Speedy Trial time period is in

the interests of justice.  The defendant assents to this Motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  /s/ Todd E. Newhouse
     TODD E. NEWHOUSE
     Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.                        Springfield, Massachusetts
                                   June 30, 2004

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

                              /s/ Todd E. Newhouse
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney