UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) 04-CR-30001-MAP
)
RAYMOND SHAVER )
)

FURTHER SCHEDULING ORDER

July 2, 2004

PONSOR, D.J.

Counsel for both parties appeared for a status conference on June 29, 2004. Based on counsel's representations, the court orders as follows:

1. Defendant's motion to suppress will be filed with a supporting memorandum on or before July 30, 2004. If counsel does not intend to file a motion to suppress, a written notice to that effect will be forwarded to the court by July 30, 2004.

2. Assuming a motion to suppress is filed, the government will file its opposition to this motion no later than August 27, 2004.

3. Counsel will appear for a non-evidentiary hearing on the motion to suppress on September 3, 2004 at 2:00 p.m. If it is necessary for the court to take evidence, a further hearing date will be scheduled at that time.

4. Counsel for the government will promptly file a motion to exclude time from the Speedy Trial Clock, covering the period up to July 30, 2004. To give defendant's counsel an adequate amount of time to review the Title III material and discuss the necessity for a motion to suppress with the government, this period of time should be excluded from the Speedy Trial Clock in the interests of justice.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge