UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

             Plaintiff         CIVIL / CRIMINAL

                                 CASE NO.   04-30001
        V.
**RAYMOND SHAVER**
            Defendant

<u>**NOTICE**</u>

**PONSOR**
           D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

STATUS CONFERENCE    on   SEPTEMBER 14, 2004   at    11:30    A.M.

before Judge  Ponsor   in Courtroom #   1   on the   5th

floor.

                                                **TONY ANASTAS,**
                                                **CLERK OF COURT**

9/8/04                                             /s/Elizabeth A. French
_____                By: _____
    Date                                               Deputy Clerk

**Notice mailed to:**
Todd Newhouse, AUSA
Jonathan Elliott, by Fax

(Notice of Hearing.wpd - 7/99)                [kntchrgcnf.]
                                                    [ntchrgcnf.]