UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
        Plaintiff         CIVIL / CRIMINAL

                      CASE NO.   04-30001
    V.
RAYMOND SHAVER
        Defendant

**NOTICE**

PONSOR            D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

STATUS CONFERENCE   on   OCTOBER 1, 2004   at   3:00   P.M.

before Judge   PONSOR   in Courtroom # 1   on the   5th

floor.

                                  TONY ANASTAS,
                                  CLERK OF COURT

9/22/04                             /s/Elizabeth A. French
                           By:
    Date                          Deputy Clerk

Notice mailed to:

All counsel of record

**(Notice of Hearing.wpd - 7/99)**                                                                                           **[kntchrgcnf.]**
                                                                                                                              **[ntchrgcnf.]**