```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )    Criminal No. 04-30001-MAP
                         )
                         )
          v.             )
                         )
RAYMOND SHAVER,          )
          Defendant.     )

GOVERNMENT'S MOTION IN LIMINE PURSUANT TO
F. R. EVID. 609 TO
IMPEACH DEFENDANT

The United States of America, by and through its undersigned attorneys, hereby submits the following Motion *in Limine* to allow the impeachment of the defendant pursuant to F. R. Evid. 609. The government relies on the following in support thereof.

The government seeks to impeach the defendant, if he testifies at trial, with his prior felony convictions for:

1) 7/20/99 Distribution of a controlled substance; Hampden Co. Superior Ct.; 2 ½ years committed;

2) 10/27/92 Possession of a controlled substance with intent to distribute, 2nd offense; Hampden Co. Superior Ct.; 3 to 3 ½ years;

3) 2/27/90 Possession of a class B substance with intent to distribute; Hampden Co. Superior Ct.; 6-10 years committed;

4) 1/17/89 Distribution of a class B controlled substance; Springfield District Court; 2 years committed;

5) 1/24/89 Possession with intent to distribute class B cocaine;

1

Springfield District Court; 2 years;

6) 1/24/89 (separate offense) Possession of a controlled substance, cocaine, with intent to distribute; Springfield District Court; 2 years committed;

7) 12/29/88 distribution of a controlled substance, cocaine; Springfield District Court; 2 years committed; and

8) 1/24/89 distribution of cocaine, Springfield District Court, 2 years committed.

Such impeachment is admissible pursuant to F. R. Evid. 609(a) because as set forth in Rule 609(b) although some of the convictions are more than 10 years old, the probative value of the convictions supported by the specific facts and circumstances of this case substantially outweighs its prejudicial effect to the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Todd E. Newhouse
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            October 6, 2004

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

2

*[signature]*
TODD E. NEWHOUSE
Assistant U.S. Attorney