

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 6, 2004

Johnathan R. Elliott, Sr. Esq.
1242 Main Street, Suite 301
Springfield, MA 01103

Re:  United States v. Raymond Shaver
     Criminal No. 04-30001-MAP

Dear Attorney Elliott:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C)(1)(e), Fed. R. Crim. P. 16(a)(1), and 18 U.S.C. § 3500, I am providing you with documents Bates numbered 0298 through 0546.

I previously provided Attorney Jeffery Brown with two automatic discovery letters dated January 29, 2004 with documents Bates numbered 00001 through 00192. Further, on April 6, 2004 I provided Attorney Brown with another discovery letter with documents Bates numbered 00193 through 0297. Finally, on February 26, 2004 Attorney Brown signed a two page receipt for numerous audio and video tapes as well as a CD-rom. I have enclosed a copy of that receipt. I understand from our conversations that Attorney Brown turned over to you all this discovery material, however if you are missing anything, let me know and I will send it to you forthwith.

Also, as we previously discussed, I do not presently intent to use any of the Court authorized electronic surveillance tapes in my case-in-chief but rather will rely upon the consensually monitored recordings made by the undercover agent.

Please feel free to call me at (413) 785-0235 if you have

any questions about the above information.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);