

U.S. Department of Justice

United States Attorney
District of Massachusetts

FILED
CLERKS OFFICE
2004 OCT 13 P 5: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 13, 2004

Johnathan R. Elliott, Sr. Esq.
1242 Main Street, Suite 301
Springfield, MA 01103

    Re:  <u>United States v. Raymond Shaver</u>
         Criminal No. 04-30001-MAP

Dear Attorney Elliott:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C)(1)(e), Fed. R. Crim. P. 16(a)(1), and 18 U.S.C. § 3500, I am providing you with documents Bates numbered 0547 through 0597.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                             Very truly yours,

                             MICHAEL J. SULLIVAN
                             United States Attorney

                    By:

                             TODD E. NEWHOUSE
                             Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1