UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

        Plaintiff        CIVIL / CRIMINAL

                              CASE NO. 04-30001
        V.
**RAYMOND SHAVER**

        Defendant

## NOTICE

PONSOR   D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

STATUS CONFERENCE RE: TRIAL   on THURSDAY, OCTOBER 28, 2004 at

3:30 P.M.   before Judge PONSOR   in Courtroom #   1

on the   5th   floor.

                                                TONY ANASTAS,
                                                CLERK OF COURT

10/26/04                                   /s/Elizabeth A. French
                                          By:
    Date                                       Deputy Clerk

**Counsel for defendant notified by voice mail message and notice faxed this date**

**(Notice of Hearing.wpd - 7/99)**                                                                **[kntchrgcnf.]**
                                                                                                  **[ntchrgcnf.]**

Case 3:04-cr-30001-MAP    Document 41    Filed 10/26/2004    Page 2 of 2