UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RAYMOND V. SHAVER )<br>    Defendant )<br>_____) | CRIM. ACTION NO. 04-30001-MAP |

## MOTION TO CONTINUE

Now comes counsel for the defendant in the above-entitled indictment and moves this Honorable Court continue the matter currently scheduled for trial on Monday, November 1, 2004, until a time mutually convenient between the parties.

As reason therefore is attached the following affidavit.

RAYMOND V. SHAVER
By His Attorney,

_____
Johnathan R. Elliott, Sr.
BBO# 547473
1145 Main Street, Suite 208
Springfield, Massachusetts 01103
Telephone: (413) 732-3107
Facsimile:  (413) 733-0429

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAYMOND V. SHAVER )<br>        Defendant )<br>_____) | CRIM. ACTION NO. 04-30001-MAP |

## AFFIDAT IN SUPPORT OF MOTION TO CONTINUE

I, Johnathan R. Elliott, Sr., state that the following is true to the best of my knowledge and belief:

1. Counsel's aunt, Mrs. Mable Hicks is currently hospitalized in Raleigh, North Carolina.

2. Her condition is such that she is expected to pass imminently.

3. Counsel needs to be in North Carolina for what he fully expects to be the final days of Mrs. Hicks.

4. Mrs. Hicks lived with counsel and his family from the time I was two and one half (2 ½) years old until I was a junior in college. She was responsible for and contributed greatly to my raising and maturity.

Signed under the pains and penalties of perjury this 28th day of October, 2004.

_____
Johnathan R. Elliott, Sr.
BBO# 547473
1145 Main Street, Suite 208
Springfield, Massachusetts 01103
Telephone: (413) 732-3107
Facsimile: (413) 733-0429