UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-30001-MAP |
| v.   ) | |
| ) | |
| RAYMOND SHAVER,   ) | |
| Defendant.   ) | |

### GOVERNMENT'S FOURTH MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from November 1, 2004 through November 15, 2004 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

On October 28, 2004 the defendant filed a motion to continue the trial date because of the ill health of a family member of defense counsel. On the same day the Court held a Status Conference. The Court allowed the defendant's motion and scheduled the trial for November 15, 2004.

Therefore, the government moves that the Court exclude the time between November 1, 2004 and November 15, 2004 from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A). The exclusion of this time from the Speedy Trial time period is

1

in the interests of justice.  The defendant assents to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                     Springfield, Massachusetts
                                    October 28, 2004

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney