UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

UNITED STATES OF AMERICA      )
                              )      Criminal No. 04-30001-MAP
                              )
                              )      U.S. DISTRICT COURT
         v.                   )
                              )
RAYMOND SHAVER,               )
         Defendant.           )

## GOVERNMENT'S WITNESS LIST

The United States of America submits the attached witness list of prospective trial witnesses for the above captioned trial.

1.    Special Agent Clarence Shuler, DEA

2.    Special Agent James Clifford, DEA

3.    Special Agent Robert Olsen, DEA

4.    Special Agent John Barron, DEA

5.    Special Agent Jonathan Shankweiler, DEA

6.    Detective Eldon Wallen, West Springfield Police Department

7.    Detective Sean Condon, Springfield Police Department

8.    Brain Hall, DEA forensic chemist

9.    Crystalle Danko, keeper of records, Sprint

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:    _____
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

                    CERTIFICATE OF SERVICE

Hampden,  ss.                      Springfield, Massachusetts
                                   October 28, 2004

     I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby
certify that I have served, by first class mail, a copy of the
foregoing, to all counsel of record.

                              _____
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

2