

**U.S. Department of Justice**

FILED
CLERK'S OFFICE

*United States Attorney*
*District of Massachusetts*

2004 OCT 28 P 3:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Main Reception: (413) 785-0235
Fax: (413) 785-0394

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 28, 2004

Johnathan R. Elliott, Sr. Esq.
1242 Main Street, Suite 301
Springfield, MA 01103

Re: <u>United States v. Raymond Shaver</u>
    Criminal No. 04-30001-MAP

Dear Attorney Elliott:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C)(1)(e), Fed. R. Crim. P. 16(a)(1), and 18 U.S.C. § 3500, I am providing you with copies of the transcripts of the recorded conversations I presently intend to play during my case-in-chief.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

TODD E. NEWHOUSE
Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1