

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

FILED
CLERK'S
NOV -2 P 12
U.S. DISTRICT COURT
DISTRICT OF MA

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

November 2, 2004

Johnathan R. Elliott, Sr. Esq.
1242 Main Street, Suite 301
Springfield, MA 01103

    Re:  <u>United States v. Raymond Shaver</u>
           Criminal No. 04-30001-MAP

Dear Attorney Elliott:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C)(1)(e), Fed. R. Crim. P. 16(a)(1), and F. R. Evid. 803(6), I have enclosed copies of a certification of Eric Tyrell of Sprint Spectrum L.P. and four pages of records which I will seek to introduce into evidence at trial pursuant to F. R. Evid. 803(6). Rule 803(6), states, in essence, that the records will be admitted without the testimony of Eric Tyrell "unless the source of information or the method or circumstances of preparation indicate lack of trustworthiness." Please let me know at your earliest convenience prior to trial if you have any objects in order that I can know whether to have Mr. Tyrell present for trial. I have also enclosed a copy of Rule 803(6).

    Please feel free to call me at (413) 785-0235 if you have

1

any questions about the above information.

>Very truly yours,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:
>
>TODD E. NEWHOUSE
>Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);