## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO.  04-30001 -MAP**

**V.**

**RAYMOND SHAVER**

## NOTICE   OF RESCHEDULING

    **PLEASE TAKE NOTICE that the above-entitled case has been RESET  for a SENTENCING HEARING  on   3/18/05    at 2:00    P.M.,         before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th      floor.**

**TONY ANASTAS,
CLERK OF COURT**

**1/19/05**

_____
    **Date**

**By: /s/ Elizabeth A. French**
**Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]