UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 04-30001-MAP**

V.

**RAYMOND SHAVER**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE W/COUNSEL on 2/28/05 at 2:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

**TONY ANASTAS,
CLERK OF COURT**

2/8/05

By: /s/ Elizabeth A. French
Date                                       Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)         [kntchrgcnf.]
                                        [ntchrgcnf.]