UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO.  04-30001-MAP**

**V.**

**RAYMOND SHAVER**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE W/COUNSEL on  2/28/05  at 2:00  P.M., before Michael A. Ponsor, U.S. D.J  In  Courtroom #  1  on the  5th  floor.

**TONY ANASTAS,
CLERK OF COURT**

2/8/05

By: /s/ Elizabeth A. French
Deputy Clerk

Date

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)     [kntchrgcnf.]
[ntchrgcnf.]