## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 04-30001 MAP**

**V.**

**RAYMOND SHAVER**

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE (Counsel only) on May 24, 2005 at 2:00 p.m. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

May 16, 2005
Date

SARAH THORNTON
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]