UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-30001-MAP |
| v. | ) |
| RAYMOND SHAVER, | ) |
| Defendant. | ) |

### GOVERNMENT'S FIFTH MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from April 29, 2005 through June 24, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

On April 29, 2005 the defendant was scheduled to be sentenced. On that date the Court allowed the defendant's pro se motion to terminate Attorney Johnathan Elliot, Sr.'s representation and appoint new counsel. The Court subsequently appointed Attorney Lori Levinson. A status conference was held on May 25, 2005 during which provision of discovery to Attorney Levinson was discussed. The Court ordered Attorney Levinson to file a status report on June 24, 2005 outlining her progress with discovery.

Therefore, the government moves that the Court exclude the time between April 29, 2005 and June 24, 2005 from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A). The

exclusion of this time from the Speedy Trial time period is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          May 25, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney

2