

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*



*Main Reception: (413) 785-0235*  *Federal Building & Courthouse*
*Fax: (413) 785-0394*  *Main Street, Room 310*
 *Springfield, Massachusetts 01103*

May 25, 2005

Lori H. Levinson, Esq.
66 West Street
Pittsfield, MA 01201

    Re:  <u>United States v. Raymond Shaver</u>
         Criminal No. 04-30001-MAP

Dear Attorney Levinson:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C)(1)(e), Fed. R. Crim. P. 16(a)(1), and F. R. Evid. 803(6), and pursuant to the request made of me in court today by Judge Ponsor, I have enclosed a copy of a the transcript of the November 15, 2004 Rule 11 hearing.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                             Very truly yours,

                             MICHAEL J. SULLIVAN
                             United States Attorney

                By: _____
                      TODD E. NEWHOUSE
                      Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1