UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 04-30001-MAP
)
)
v. )
)
RAYMOND SHAVER, )
    Defendant. )

GOVERNMENT'S MOTION REGARDING DISCOVERY
MATERIALS BEING PROVIDED TO SUCCESSOR COUNSEL

The United States of America, by and through its undersigned attorneys, hereby moves that the Court enter an Order requiring Attorney Johnathan Elliott, Sr. to provide all discovery material to successor counsel. The government relies on the following in support thereof.

On April 29, 2005, the date previously scheduled for sentencing, this Court allowed the defendant's pro se motion to remove Attorney Elliott from the case. This case was originally brought by the government in January of 2004. A trial was scheduled for November 15, 2004. On that date the government appeared in court with it's witnesses prepared to begin trial. On the same day the defendant plead guilty to all counts of the Indictment without a plea agreement.

The government provided Attorney Elliott with one CD-rom containing monitoring logs and conversations intercepted pursuant to a Title III Order entered by this Court, 10 video tapes and 21

1

audio cassette tape recordings. In addition over 600 pages of Bates numbered documents were given to Attorney Elliott. The government would incur a significant expense if it had to reproduce all of these materials for successor counsel.

Therefore, the government requests that this Court enter an Order requiring that Attorney Elliott provide all the above referenced discovery materials to successor counsel.

                                                     Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                   United States Attorney

By: _____
     Todd E. Newhouse
     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                        May 25, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                                            _____
                                            TODD E. NEWHOUSE
                                            Assistant U.S. Attorney