# Cain Hibbard Myers & Cook PC
### Counselors at Law

66 West Street, Pittsfield, Massachusetts 01201-5764, 413-443-4771   Fax 413-443-7694
Personal Extension: 307   email: llevinson@cainhibbard.com

Lori H. Levinson

May 25, 2005

Jonathan R. Elliott, Sr.
1242 Main Street
Springfield, MA 01103

Re:   United States v. Raymond Shaver
      Dkt. No. 04-30001

Dear Mr Elliott:

    I have been appointed by the court to represent your former client, Mr. Shaver. From my brief review of the case, and an initial meeting with Mr. Shaver, I clearly understand what a difficult position Mr. Shaver is in. Before we decide how to proceed in this matter, I will need to review the – what I understand to be – voluminous discovery in the case. At a status conference before Judge Ponsor yesterday, AUSA Newhouse filed a motion requesting the court to order that he need not produce the discovery to me as he has already provided you with a complete set. Judge Ponsor agreed that it would be best if I obtained the discovery directly from you. I am planning on being in Springfield on Thursday, June 2, and would love to pick it up at your office at that time.

    Please contact me at your earliest convenience to make arrangements for the transfer of discovery in this case. Thank your for your cooperation.

Very truly yours,

Lori H. Levinson

LHL

cc:  Elizabeth French
     Todd Newhouse, AUSA
     Raymond Shaver