UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 JUL 28 A 10:1?
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

- against -

RAYMOND SHAVER,
Defendant.

CR NO. 04-30003-MAP

## STATUS REPORT

The defendant, Raymond Shaver, by his attorney, Lori H. Levinson, hereby submits the following status report.

1. I have now received copies of all of the discovery provided to my predecessor counsel, Jonathan Elliot.
2. I have also received from the government a copy of the transcript of the Rule 11 hearing conducted by this Court on November 15, 2004.
3. I have reviewed the transcript and a significant portion of the discovery.
4. I have also consulted with my client on two occasions.
5. Having reviewed the above-mentioned materials and having consulted with the defendant, I can state that we do anticipate filing a Motion to Withdraw Guilty Plea.
6. With the Court's permission, we request a filing deadline of August 12, 2005 for the filing of such Motion.

Respectfully submitted,

RAYMOND SHAVER
By His Attorney

Lori H. Levinson
BBO#566685
CAIN HIBBARD MYERS & COOK, P.C.
66 West Street
Pittsfield, MA 01201
(413) 443-4771

# CERTIFICATION

I hereby certify that a copy of the within was sent by facsimile and mailed to:

Elizabeth French, Clerk
United States District Court
1550 Main Street
Springfield, MA 01103

Todd Newhouse, AUSA
1550 Main Street
Springfield, MA 01103

Lori H. Levinson