UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>- against - ]<br>]<br>RAYMOND SHAVER, ]<br>Defendant. ] | CR NO. 04-30003-MAP |

## MOTION TO WITHDRAW GUILTY PLEA

The defendant hereby moves this Honorable Court, pursuant to Federal Rules of Criminal Procedure 11(d), for leave to withdraw his plea of guilty to the Indictment.

As grounds therefore, defendant states that there are fair and just reasons for requesting the withdrawal, as set forth fully in the accompanying Affidavits of the Defendant and of Counsel.

Respectfully submitted,

RAYMOND SHAVER
By His Attorney

*[signature]*
Lori H. Levinson
BBO#566685
CAIN HIBBARD MYERS & COOK, P.C.
66 West Street
Pittsfield, MA  01201
(413) 443-4771