/UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| - against - ] | |
| ] | CR NO. 04-30003-MAP |
| RAYMOND SHAVER, ] | |
| Defendant. ] | |

### AFFIDAVIT IN SUPPORT OF
### MOTION TO WITHDRAW GUILTY PLEA

I, RAYMOND SHAVER, hereby state, under the penalties of perjury, as follows:

I am the Defendant in this case, therefore, I am fully familiar with all of the facts and circumstances of the case so far. This affidavit is based on my own personal knowledge and belief, on my recollection of conversations with my former attorney, Jonathan Elliott, my current attorney Lori Levinson and U.S. Probation Officer Richard Rinaldi, as well as on my reviewing the discovery material provided by the government.

I retained Attorney Jonathan Elliott to represent me on this case. For approximately six months before my trial was scheduled, he spent very little time consulting with me about my case. My case was scheduled for trial on or about November 12, 2004. I met with Mr. Elliott before my trial, and he told me that if I went ahead with a trial, I would be found guilty. We discussed the possible penalties if I was found guilty at trial, as opposed to my pleading guilty. Mr. Elliott told me his

best estimate was that the sentence I would receive whether I pled guilty or went to trial and was found guilty would be life imprisonment – both because of the United States Sentencing Guidelines, and the statutes providing for the punishment for the charges. After talking about my options just a few days before trial was scheduled, I decided to plead guilty. A change of plea hearing was held before this Court on November 15, 2004. During the plea hearing, all of the participants – my attorney, the Assistant United States Attorney and this Court all told me that my plea could lead to life imprisonment. I told the Court that I understood all the rights I had and was giving up by pleading guilty and that I understood all of the potential consequences of my plea. I have seen a transcript of the plea hearing, and it shows that the Court determined that I was making my guilty plea knowingly and intentionally and without threat of force or any promises to induce my guilty plea (Plea hearing transcript p15,16,43,44,45,46,47). At the time I pled guilty, I believed that I understood the nature of the charges against me, as well as the rights I was giving up by pleading guilty and the possible or likely penalties for my plea.

    However, in the time since I pled guilty, it was brought to my attention by a U.S. Probation Officer who came to see me that there may be a legal difference between cocaine base and crack cocaine. When I pled guilty, I admitted to dealing crack cocaine because I was admitting to what I was charged with in the indictment, and that is what I was charged with. I assumed that crack cocaine and cocaine base were the same thing. My attorney never told me that there is a difference between crack and cocaine base. To the best of my knowledge and belief, the form of cocaine

base that I was charged with distributing was not crack – it was cocaine base. Had I known that there was a difference between cocaine base and crack, I would not have admitted that the substance involved in my offenses was crack rather than cocaine base. Because I now have a different understanding of how the exact substance involved in the indictment can effect what sentence I get, I don't believe that my guilty plea on November 15, 2004 was made knowingly and voluntarily and I want to withdraw my guilty plea.

*Raymond Shaver*
RAYMOND SHAVER


COMMONWEALTH OF MASSACHUSETTS

BERKSHIRE, ss.

On this 10th day of AUG., 2005, before me, the undersigned notary public, personally appeared RAYMOND SHAVER, and proved to me through satisfactory evidence of identification, which was by a credible witness, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public

My commission expires:
_____

CERTIFICATION

I hereby certify that a copy of the within was sent by First Class U.S. mail to:

Elizabeth French, Clerk
United States District Court
1550 Main Street
Springfield, MA 01103


Todd Newhouse, AUSA
1550 Main Street
Springfield, MA 01103

                                                                               _____
                                                                               Lori H. Levinson