UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CIVIL / CRIMINAL**

**CASE NO. 04-30001-MAP**

**V.**
**RAYMOND SHAVER**

Defendant

## NOTICE

PONSOR    D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON THE MOTION TO WITHDRAW GUILTY PLEA ON SEPTEMBER 28, 2005 AT 2:30 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

September 12, 2005           By:    /s/Elizabeth A. French

Date                                        Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**