UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CIVIL / CRIMINAL**

**CASE NO. 04-30001-MAP**

**V.**

**RAYMOND SHAVER**

**Defendant**

## NOTICE

**PONSOR D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERNECE FOR JANUARY 20, 2006 AT 3:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

January 5, 2006            By:    /s/Elizabeth A. French

Date                              Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**