UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
            v.              )   04-CR-30001-MAP
                            )
                            )
RAYMOND SHAVER              )


ORDER TO SHOW CAUSE WHY ATTORNEY
JOHNATHAN R. ELLIOTT, SR.
SHOULD NOT BE HELD IN CONTEMPT

March 17, 2006

PONSOR, D.J.

On December 28, 2005, this court issued a Memorandum and Order regarding Defendant's Motion to Withdraw His Plea of Guilty. At the same time, the court issued an order imposing sanctions upon Defendant's prior attorney, Johnathan R. Elliott, Sr. See Docket No. 68 at 6.

The order required Attorney Elliott to return all funds paid to him by Defendant or his family for representation in this case "no later than February 1, 2006, unless before that date a Motion for Reconsideration is filed and a hearing is requested." Id. at 7.

By letter dated March 13, 2006, Defendant has informed the court that he paid Attorney Elliott the amount of $2,000 and that, as of the date of the letter, Attorney Elliott had not refunded this payment. The court's docket does not

reflect any effort by Attorney Elliott to request reconsideration of the court's Order of December 28, 2005.

There may be some explanation for this, and Attorney Elliott should be given an opportunity to offer one. For this reason, the court hereby orders Attorney Johnathan R. Elliott, Sr. to file a memorandum, no later than March 31, 2006, supported by an appropriate affidavit if necessary, describing whether he has complied with the court's Order of December 28, 2005 to the effect that he has returned "all funds paid to him by Defendant or his family for representation in this case . . . ." Alternatively, he may describe why he has not complied with the court's order. Based upon Attorney's Elliott's response, the court will determine what action to take. A copy of the letter of Defendant to this court dated March 13, 2006 is appended to this Memorandum as Exhibit A.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge

2

RAYMOND VINCENT SHAVER
P.O.BOX 7000
NORTHAMPTON,MA. 01061-7000
MARCH 13th,2006

04-30001

FEDERAL COURT JUDGE MICHAEL PONSOR
ROOM 539
WESTERN DIVISION
FEDERAL BLDG. & COURTHOUSE
1550 MAIN STREET
SPRINGFIELD, MA. 01103


Re: LETTER DATED FEBRUARY 23rd,2006   REGARDING ATTORNEY ELLIOTT RETURN OF ATTORNEY FEE
    RETURNED TO DEFENDANT.


Dear Sir:

   It is my hopes that this letter finds you well in every way possible I am writing you in regard to the above captioned matter. During our last court appearance you ruled that the fee I paid Attorney Elliott in the amount of $2,000 was to be returned to me. Attorney Elliott, as you recall was removed as my counsel on the basis of my motion to withdraw counsel & my affidavit showing cause. At the time of your ruling you had to order federal marshals to bring attorney Elliott's physical body to appear before you because court records, my testimony, the day I was before you and numerous attempts to locate attorney Elliott had failed.
   I understand that attorney Elliott had thirty days to appeal your ruling in which he declined to do in the allotted time window. I further followed your instruction and notified attorney Elliott and all concerned parties including yourself that attorney Elliott had seven business days to comply with your order and if he failed I would notify the Bar,it has now been over ten business days. Judge Ponsor, I would humbly appreciate any assistance you could provide on this matter. As of March 13th,2006 I am forwarding my complaint to the bar. I look forward to hearing from you on this matter in the very near future.


sincerly yours,

RAYMOND VINCENT SHAVER


Exhibit A