# JOHNATHAN R. ELLIOTT, SR., ESQ.
### ATTORNEY AT LAW
### HISTORIC WALKER BUILDING
1242 Main Street, Suite 301 · Springfield, Massachusetts 01103
Telephone: (413) 781-7877 · Facsimile: (413) 781-6996

FILED
IN CLERK'S OFFICE

2006 APR 10 P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

APRIL 10, 2006

Michael A. Ponsor
United States District Judge
United States District Court
1500 Main Street
Springfield, Massachusetts 01104

**RE:   Commonwealth v. Raymond V. Shaver**
       04-30001-MAP

Dear Judge Ponsor:

On Monday, April 10, 2006, check number 1133 was mailed to Mr. Raymond Shaver at the Hampshire County House of Corrections.

I have legitimate reason or excuse for not having complied at an earlier more timely date.

Sincerely yours,

Johnathan R. Elliott, Sr.
Attorney at Law