

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

May 3, 2006

Lori H. Levinson, Esq.
66 West Street
Pittsfield, MA 01201

     Re:  <u>United States v. Raymond Shaver</u>
           Criminal No. 04-30001-MAP

Dear Attorney Levinson:

    In accordance with the government's discovery obligations
pursuant to Local Rule 116.1(C)(1)(e), Fed. R. Crim. P. 16(a)(1),
and F. R. Evid. 803(6), I am enclosing a letter from the
defendant written to A.U.S.A. Kevin O'Regan which I received
today.  Please call me at your earliest convenience so that we
can discuss the defendant's request.

    Please feel free to call me at (413) 785-0235 if you have
any questions about the above information.

                      Very truly yours,

                      MICHAEL J. SULLIVAN
                      United States Attorney

             By:

                      TODD E. NEWHOUSE
                      Assistant U.S. Attorney

cc: Bethany Healy,
     Courtroom Clerk
     Hon. Kenneth P. Neiman
     United States Magistrate Judge
     (w/o enclosures);

1