UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>- against - ]<br>]<br>RAYMOND SHAVER, ]<br>Defendant. ]<br>] | CR NO. 04-30001-MAP |

## MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, Raymond Shaver, by and through his attorney Lori H. Levinson, hereby respectfully requests that the status conference, presently scheduled for December 7, 2006 at 2 o'clock p.m. be rescheduled to a date in late January or early February to be determined by the Court.

As grounds therefore, the Defendant states that this status conference was scheduled at the time of Defendant's sentencing before this Court on June 15, 2006, for the purpose of providing the government with an opportunity to assess what cooperation or substantial assistance, if any, has been provided by the Defendant since the time of his sentencing.

Counsel has conferred with William O'Neil, Defendant's attorney on a pending Hampden County Superior Court matter in which the Defendant is expected to testify for the Commonwealth. Attorney O'Neil has informed counsel that the trial of that matter is currently scheduled to commence on or about January 11, 2007.

Additionally, the Defendant is prepared to testify in two other pending state court matters, one pending in Franklin County Superior Court (*Commonwealth v.*

*Carlos Madera*) and one in Hampshire County Superior Court (*Commonwealth v. Carl Cephus)*, which case has been on the trial calendar for the month of November, but which has not yet been called to trial.

Accordingly, a continuance of the presently scheduled status conference should be allowed in order that the Defendant can continue to work with the Commonwealth on three pending cases, after which time the government can assess whether to file a Motion for a Downward Departure pursuant to U.S.S.G. §5K1.1 as well a Motion under 18 U.S.C. §3553(e).

> Respectfully submitted,
> RAYMOND SHAVER
> By His Attorney
>
> Lori H. Levinson
> BBO#566685
> CAIN HIBBARD MYERS & COOK, P.C.
> 66 West Street
> Pittsfield, MA  01201
> (413) 443-4771

November 28, 2006